448 A.2d 1169

Commonwealth v. McCarr, Appellant.

Submitted March 24, 1982. Thomas McCarr, appellant, in propria persona; Marion E. Mac Intyre, for Commonwealth, appellee.

Before WICKERSHAM, ROWLEY and WATKINS, JJ.

Order affirmed.